UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DECATUR COUNTY GENERAL HOSPITAL,**<br>969 Tennessee Avenue South<br>Parsons, TN<br><br>**NORTH MEMORIAL HEALTH CARE,**<br>3300 Oakdale Avenue North<br>Robbinsdale, MN<br><br>　　　　Plaintiffs<br><br>v.<br><br>**MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,**<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>　　　　Defendant | Case No. |

**LCVR 26.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

　　I, Jacqueline E. Bennett, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, there is no parent company, subsidiary, or affiliate of the Plaintiffs, which has outstanding securities in the hands of the public.

　　These representations are made in order that judges of this Court may determine the need for recusal.

        Respectfully submitted,

        */s/ Jacqueline E. Bennett*
        Jacqueline E. Bennett
        DC Bar #474355
        **REED SMITH LLP**
        1301 K Street, N.W.
        Suite 1100 – East Tower
        Washington, DC  20005
        (202) 414-9200
        (202) 414-9299 facsimile
        JBennett@ReedSmith.com

        Attorneys for Plaintiffs

Dated: August 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing LCVR 26.1 Certificate of Disclosure of Corporate Affiliations and Financial Interests will be served with the Complaint and Summonses for this matter.

_Jacqueline E. Bennett_
Jacqueline E. Bennett