UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DECATUR COUNTY GENERAL HOSPITAL and NORTH MEMORIAL HEALTH CARE<br><br>          Plaintiffs,<br><br>     v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>          Defendant. | Case No. 1:07cv01544<br>Judge:  John D. Bates |

**NOTICE OF SUBSTITUTION**

**NOTICE** IS HEREBY GIVEN that **JEAN LIN,** Trial Attorney, Civil Division, United States Department of Justice, hereby substitutes for Assistant United States Attorney Charlotte A. Abel, and enters her appearance on behalf of defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, in the above-captioned case.

Dated: October 5, 2007              Respectfully submitted,

                                    PETER D. KEISLER
                                    Assistant Attorney General, Civil Division

                                    JEFFERY A. TAYLOR
                                    United States Attorney

                                    JENNIFER R. RIVERA
                                    Director, Federal Programs Branch

                                    SHEILA M. LIEBER
                                    Deputy Director, Federal Programs Branch

                                                  ____/s/_____
                                                  JEAN LIN
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-3716
Fax: (202) 616-8470
E-mail: jean.lin@usdoj.gov