UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
DECATUR COUNTY GENERAL )
HOSPITAL and NORTH MEMORIAL )
HEALTH CARE )
)
   Plaintiffs, )
)
   v. )   Case No. 1:07cv01544
)   Judge: John D. Bates
MICHAEL O. LEAVITT, Secretary of the )
United States Department of Health and )
Human Services, )
)
   Defendant. )
_____ )

## NOTICE OF SUBSTITUTION

  **NOTICE** IS HEREBY GIVEN that Vesper Mei**,** Trial Attorney, Civil Division, United

States Department of Justice, hereby substitutes for Jean Lin, and enters her appearance on behalf

of defendant, Michael O. Leavitt, Secretary of the United States Department of Health and

Human Services, in the above-captioned case.


Dated: October 22, 2007        Respectfully submitted,

            PETER D. KEISLER
            Assistant Attorney General, Civil Division

            JEFFERY A. TAYLOR
            United States Attorney

            SHEILA M. LIEBER
            Deputy Director, Federal Programs Branch


             /s/ Vesper Mei
            VESPER MEI
            Trial Attorney

Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-4686
Fax: (202) 616-8470
E-mail: vesper.mei@usdoj.gov