UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DECATUR COUNTY GENERAL HOSPITAL and NORTH MEMORIAL HEALTH CARE | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:07cv01544 Judge: John D. Bates |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. P. (6)(b)(1), Defendant Michael O. Leavitt, by and through undersigned counsel, respectfully moves this Court for a sixty-day enlargement of time, until January 12, 2008, to answer or otherwise respond to Plaintiffs' Complaint. In compliance with LCvR 7(m), counsel has discussed the relief requested with counsel for Plaintiffs, and Plaintiffs, through counsel, have stated that they consent to this motion. Due to the brevity of this motion, the supporting memorandum is incorporated herein.

Plaintiffs filed their Complaint on August 30, 2007. Defendant's answer or other response is currently due on November 13, 2007. This case involves complex issues of law involving the Medicare Program. In order to allow undersigned counsel to become familiar with these issues, and due to the press of business in this and other cases, undersigned counsel seeks this sixty-day extension of time to serve and file Defendant's answer or other response to Plaintiffs' Complaint. Defendant does not believe that Plaintiffs will be prejudiced by this delay,

which will allow Defendant to prepare and serve a thorough response, and Plaintiffs have consented to this motion.

Dated:  October 22, 2007

                                                              Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFERY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch


   /s/ Vesper Mei
VESPER MEI
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-4686
Fax: (202) 616-8470
E-mail: vesper.mei@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
DECATUR COUNTY GENERAL                      )
HOSPITAL and NORTH MEMORIAL        )
HEALTH CARE                                            )
                                                                    )
            Plaintiffs,                                      )
                                                                    )
    v.                                                            )           Case No. 1:07cv01544
                                                                    )           Judge:   John D. Bates
MICHAEL O. LEAVITT, Secretary of the   )
United States Department of Health and    )
Human Services,                                         )
                                                                    )
            Defendant.                                     )
_____)

**[PROPOSED] ORDER**

Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint is granted.  Defendant shall have until January 12, 2008 to answer or otherwise respond to Plaintiffs' Complaint.

SO ORDERED.

Dated: _____          _____
                                                                     JOHN D. BATES
                                                                     UNITED STATES DISTRICT JUDGE