UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DECATUR COUNTY GENERAL
HOSPITAL and NORTH MEMORIAL
HEALTH CARE,

    Plaintiffs,

    v.

MICHAEL O. LEAVITT, Secretary,
United States Department of Health and
Human Services,

    Defendant.

Civil Action No. 07-1544 (JDB)

## ORDER

Defendant has now answered plaintiffs' complaint seeking judicial review of a final agency decision pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701, et seq. The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to such actions. See Local Civil Rule 16.3(b)(1). The Court has reviewed the complaint and the answer in this case. Defendant raises grounds for dismissal or judgment, but has not yet filed a dispositive motion. Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than February 1, 2008, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.

/s/
JOHN D. BATES
United States District Judge

Date: January 11, 2008