UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DECATUR COUNTY GENERAL HOSPITAL and NORTH MEMORIAL HEALTH CARE<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>　　　　Defendant. | Case No. 1:07cv01544<br>Judge: John D. Bates |

## NOTICE REGARDING BULKY DOCUMENT

Pursuant to the procedures for filing documents electronically, this Notice serves as notification that the 6-volume, 2293-page administrative record has been filed in paper form, and is being maintained in the case file in the Clerk's Office. It is available for public viewing and copying between the hours of 9 a.m. and 4 p.m., Monday through Friday.

Dated: January 10, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JEFFREY S. BUCHOLTZ
　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

OF COUNSEL:　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　　　　United States Attorney
JAMES C. STANSEL
Acting General Counsel　　　　　　　　　　SHEILA M. LIEBER
　　　　　　　　　　　　　　　　　　　　　Deputy Director
CAROL J. BENNETT
Acting Associate General Counsel

| | |
|---|---|
| MARK D. POLSTON<br>Deputy Associate General Counsel<br>for Litigation<br><br>SUSAN MAXSON LYONS<br>Attorney<br><br>United States Department of<br>Health and Human Services | /s/ Vesper Mei<br>VESPER MEI<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone: (202) 514-4686<br>Facsimile: (202) 616-8470 (fax)<br>E-mail: vesper.mei@usdoj.gov<br><br>Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 10, 2008, a copy of the Administrative Record was served by hand delivery on:

Jacqueline E. Bennett
Reed Smith LLP
1301 K Street N.W.
Suite 1100 - Ease Tower
Washington, D.C. 20005


                                       /s/ Vesper Mei
                                       VESPER MEI