UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DECATUR COUNTY GENERAL HOSPITAL and NORTH MEMORIAL HEALTH CARE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | Case No. 1:07cv01544<br>Judge: John D. Bates |

## AMENDED NOTICE REGARDING BULKY DOCUMENT

Pursuant to the procedures for filing documents electronically, this Notice serves as notification that the 6-volume, 2293-page administrative record has been filed in paper form, and is being maintained in the case file in the Clerk's Office. It is available for public viewing and copying between the hours of 9 a.m. and 4 p.m., Monday through Friday.

This administrative record was originally hand-delivered to the Court for filing, along with a courtesy copy for Judge Bates, on January 10, 2008, but both copies were for some reason returned from the District Court to the Department of Health and Human Services. As a result, the record is today being filed with the Court. Plaintiffs' counsel received their copy on January 10, via hand delivery.

Dated: January 23, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ

                                        Acting Assistant Attorney General

OF COUNSEL:                             JEFFREY A. TAYLOR
                                        United States Attorney

JAMES C. STANSEL
Acting General Counsel                    SHEILA M. LIEBER
                                          Deputy Director

CAROL J. BENNETT
Acting Associate General Counsel

                                          /s/ Vesper Mei
MARK D. POLSTON                 VESPER MEI
Deputy Associate General Counsel     Trial Attorney
for Litigation                                United States Department of Justice
                                          Civil Division, Federal Programs Branch
SUSAN MAXSON LYONS         Post Office Box 883
Attorney                                            Washington, D.C. 20044
                                          Telephone:  (202) 514-4686
United States Department of            Facsimile:  (202) 616-8470 (fax)
Health and Human Services             E-mail: vesper.mei@usdoj.gov

                                        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2008, a copy of the Administrative Record was served by hand delivery on:

> Jacqueline E. Bennett
> Reed Smith LLP
> 1301 K Street N.W.
> Suite 1100 - Ease Tower
> Washington, D.C. 20005

                               /s/ Vesper Mei
                               VESPER MEI