UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DECATUR COUNTY GENERAL HOSPITAL and NORTH MEMORIAL HEALTH CARE,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>      Defendant. | Case No. 1:07cv01544<br>Judge: John D. Bates |

## JOINT PROPOSED DISPOSITIVE MOTIONS BRIEFING SCHEDULE

Plaintiffs, Decatur County General Hospital and North Memorial Health Care, filed this suit on August 30, 2007, challenging decisions of the Administrator for the Centers for Medicare & Medicaid Services ("CMS") relating to the hospitals' Medicare reimbursement for ambulance services for fiscal years ending in 2000 (for North Memorial Health Care) and 2000 and 2001 (for Decatur County General Hospital). Defendant, Michael O. Leavitt, filed his answer on January 10, 2007, and the Court ordered submission of a proposed dispositive motions briefing schedule by February 1, 2008.

The parties have conferred, and jointly propose the following dispositive briefing schedule: plaintiffs' opening brief will be due by April 17, 2008; defendant's cross-motion/opposition will be due by June 17, 2008; plaintiffs' opposition/reply will be due by July 17, 2008; and defendant's reply will be due by August 18, 2008.

Dated: February 1, 2008

Respectfully submitted,

| | |
|---|---|
| /s/ Vesper Mei | /s/ Jacqueline Bennett |
| Vesper Mei (D.C. Bar #455778) | Jacqueline E. Bennett (D.C. Bar #474355) |
| Trial Attorney | Reed Smith LLP |
| U.S. Department of Justice | 1301 K Street, NW |
| Civil Division | Suite 1100 - East Tower |
| Federal Programs Branch | Washington DC 20005 |
| P.O. Box 883 | (202) 414-9287 |
| Washington, D.C. 20044 | (202) 414-9299 (facsimile) |
| (202) 514-4686 | jbennett@reedsmith.com |
| (202) 616-8470 (facsimile) | |
| vesper.mei@usdoj.gov | Attorney for Plaintiffs |
| | |
| Attorney for Defendant | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DECATUR COUNTY GENERAL HOSPITAL and NORTH MEMORIAL HEALTH CARE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>　　　　Defendant. | Case No. 1:07cv01544<br>Judge:　John D. Bates |

**[PROPOSED] ORDER**

The dispositive motions briefing schedule in this case shall be as follows:

Plaintiffs shall file their opening brief by April 17, 2008

Defendant shall file his cross-motion/opposition by June 17, 2008

Plaintiffs shall file their opposition/reply by July 17, 2008

Defendant shall file his reply by August 18, 2008

　　　SO ORDERED.


Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE